JAMES R. HOMOLA #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
DARIEN JAMES WILLIAMS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:21-CR-00235 JLT-SKO |
| vs. | STIPULATION AND ORDER TO CONTINUE |
| DARIEN JAMES WILLIAMS, | |
| Defendant. | |

Defendant DARIEN JAMES WILLIAMS by and through his attorney James R. Homola, and the united States of America, by and through its attorney, Justin Gilio, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the status conference scheduled for April 16, 2025 be continued to May 14, 2025 at 2:00 pm, to permit plea negotiations to be completed.  Delay is waived per the Speedy Trial Act.

DATED: April 9, 2025

/s/ James R. Homola              /S/ Justin Gilio
JAMES R. HOMOLA                   JUSTIN GILIO
Attorney for Defendant            Assistant U.S. Attorney
DARIEN JAMES WILLIAMS

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

Dated: 4/9/2025

*Sheila K. Oberto*
_____
Sheila K. Oberto,
Magistrate Judge,
U.S. District Court