MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00235-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; AND ORDER |
| v. | DATE: May 12, 2025 |
| DARIEN WILLIAMS, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

This case is set for a Preliminary Hearing re Violation of Supervised Release / Status Conference on May 12, 2025. By this stipulation, defendant now moves to waive the preliminary hearing and set the case for a status conference on May 27, 2025. The government has provided the defendant with the discovery associated with this case. Counsel for the defendant desires additional time to consult with his client, review the discovery, conduct independent investigation, and pursue a resolution. The government does not object to the continuance.

Based on the above, the parties ask the Court to find that the defendant has waived a preliminary hearing and set the case for a status conference on May 27, 2025.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Case 1:21-cr-00235-JLT-SKO     Document 77     Filed 05/05/25     Page 2 of 2

| | |
|---|---|
| Dated: May 5, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated: May 5, 2025 | /s/ James Homola<br>James Homola<br>Counsel for Defendant<br>Darien Williams |

## **ORDER**

IT IS SO ORDERED that the preliminary hearing is waived. The status conference is continued from May 12, 2025, to **May 27, 2025, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **May 5, 2025**              /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2