1 MICHELE BECKWITH
Acting United States Attorney
2 JUSTIN J. GILIO
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARIEN WILLIAMS,<br><br>　　　　　　　　Defendant. | CASE NO. 1:21-CR-00235-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: May 27, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

　　　　This case is set for a Status Conference on May 27, 2025. By this stipulation, defendant now moves to continue the status conference to July 1, 2025. The government has provided the defendant with the discovery associated with this case. Defense is requesting the additional time to subpoena jail records and conduct investigation into various post-sentencing programs that the defense would like to consider for purposes of disposition. Counsel for the defendant desires additional time to consult with his client, review the discovery, conduct independent investigation, and pursue a resolution. The government does not object to the continuance.

　　　　Based on the above, the parties ask the Court to set the case for a status conference on July 1, 2025 at 2:00 p.m. before the Duty Magistrate Judge.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    IT IS SO STIPULATED.

Dated: May 20, 2025                                  MICHELE BECKWITH
                                                     Acting United States Attorney

                                                     /s/ JUSTIN J. GILIO
                                                     JUSTIN J. GILIO
                                                     Assistant United States Attorney


Dated: May 20, 2025                                  /s/ James Homola
                                                     James Homola
                                                     Counsel for Defendant
                                                     Darien Williams

**ORDER**

The status conference currently set for May 27, 2025 shall be continued until July 1, 2025 at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **May 20, 2025**                             /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE