JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
DARIEN JAMES WILLIAMS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DARIEN JAMES WILLIAMS, <br> Defendant. | Case No. 21 CR 235 JLT-SKO <br><br> STIPULATION AND ORDER TO CONTINUE |

Defendant DARIEN JAMES WILLIAMS by and through his attorney James R. Homola, and the united States of America, by and through its attorney, Justin Gilio, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the status conference scheduled for July 1, 2025 be continued to July 29, 2025 at 2:00 pm, to provide time to obtain documents from out-of-state.

DATED: June 24, 2025

/s/ James R. Homola                    /S/ Justin Gilio
JAMES R. HOMOLA                         JUSTIN GILIO
Attorney for Defendant                  Assistant U.S. Attorney
DARIEN JAMES WILLIAMS

**ORDER**

**IT IS SO ORDERED.** The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv). The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __June 24, 2025__

STANLEY A. BOONE
United States Magistrate Judge