JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
DARIEN JAMES WILLIAMS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | Case No 21 CR 235 JLT-SKO |
| Plaintiff, | \| | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | \| | AS ATTORNEY OF RECORD |
| DARIEN JAMES WILLIAMS | \| | [PROPOSED ORDER] |
| Defendant. | \| | |

On March 6, 2025, a Petition for Warrant was filed, alleging violations of supervised release, and an arrest warrant was issued. On March 28, 2025, effective March 24, 2025, Magistrate Judge Stanley A. Boone appointed attorney James R. Homola to represent Mr. WILLIAMS.

On August 11, 20257, Mr. WILLIAMS admitted the violation and on November 17, 2025, he was sentenced to 8 months in custody, followed by 23 months of supervised release, in proceedings before Judge Jennifer L. Thurston.

The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. WILLIAMS, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: December 1, 2025

    Respectfully submitted        /s/ James R. Homola
                                            JAMES R. HOMOLA
                                            Attorney for Defendant

```
1   JAMES R. HOMOLA   #60244
    Attorney at Law
2   2950 Mariposa, Suite 250
    Fresno, California 93721
3   Telephone: (559) 441-7111
    Facsimile: (559) 441-7115
4
    Attorney for Defendant
5   DARIEN JAMES WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No 1: 21 CR 235 JLT-SKO |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER |
| V. | |
| DARIEN JAMES WILLIAMS, | |
| Defendant. | |

**[~~PROPOSED~~] ORDER**

Having reviewed the Motion to Terminate CJA Appointment, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant WILLIAMS at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
Darien James Williams
2343 S. Petman Avenue
Fresno, CA  93706
```

**IT IS SO ORDERED**

Dated:  ___December 2,___ , 2025

JENNIFER L. THURSTON
United States District Judge