ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIEN WILLIAMS,<br><br>Defendant. | CASE NO.  1:21-CR-00235-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE;<br><br>DATE: May 21, 2026<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release violation on May 21, 2026.  The parties agree and stipulate to continue the status conference until June 18, 2026.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on a supervised release violation on May 21, 2026.

2.    The United States and defendant are discussing case status for possible resolution.

3.    The United States and defendant exchanged supplemental discovery, including body camera video footage, as recently as Friday, May 15, 2026.

4.    Defendant desires to review all discovery in the matter prior to making an admission to the charges contained in the petition for violation of supervised release (ECF 94).

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

5.    Defendant is currently housed at Taft Correctional Institution, which presents logistical challenges for defendant to review all discovery with his counsel prior to the currently set status conference date of May 21, 2026.

6.    By this stipulation, defendant now moves to continue the status conference until **June 18, 2026, at 2:00 p.m**. to facilitate defendant's review of all discovery with an eye toward resolution at the next court date.

7.    No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated:  May 19, 2026                           ERIC GRANT
                                               United States Attorney


                                               /s/ NICHOLAS KARP
                                               NICHOLAS KARP
                                               Assistant United States Attorney


Dated:  May 19, 2026                           /s/ HARRY DRANDELL
                                               HARRY DRANDELL
                                               Counsel for Defendant
                                               DARIEN WILLIAMS


**ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for May 21, 2026 at 2:00 p.m. is continued to June 18, 2026 at 2:00 p.m.  No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated:   **May 19, 2026**                    _____
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2