AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA
v.
**DARIEN JAMES WILLIAMS**
**AKA: Darren Williams, Darien J. Williams, Darien Williams**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: **1:21CR00235-001**

Defendant's Attorney: Harry Drandell, Appointed

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s) 1 through 12 as alleged in the violation petition filed on 3/17/2026.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:
**See next page.**

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 11/21/2025.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed. [X] APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**8/24/2026**
Date of Imposition of Sentence

/s/Jennifer L. Thurston
Signature of Judicial Officer

**Jennifer L. Thurston**, United States District Judge
Name and Title of Judicial Officer

8/28/2026
Date

| **Violation Number** | **Nature of Violation** | **Date Violation Ended** |
|---|---|---|
| CHARGE 1 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 2 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 3 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 4 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 5 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 6 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 7 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 8 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 9 | NEW LAW VIOLATION | March 16, 2026 |
| CHARGE 10 | POSSESSION OF FIREARMS | March 16, 2026 |
| CHARGE 11 | POSSESSION OF AMMUNITION | March 16, 2026 |
| CHARGE 12 | POSSESSION OF CONTROLLED SUBSTANCE | March 16, 2026 |

DEFENDANT: **DARIEN JAMES WILLIAMS**
CASE NUMBER: **1:21CR00235-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 23 months.

[✓] No TSR: Defendant shall cooperate in the collection of DNA.

[✓] The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the defendant be incarcerated at Fresno, California facility, but only insofar as this accords with security classification and space availability.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district
- [ ] at ___ on ___.
- [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- [ ] before ___ on ___.
- [ ] as notified by the United States Marshal.
- [ ] as notified by the Probation or Pretrial Services Officer.

If no such institution has been designated, to the United States Marshal for this district.

[ ] Other, Please Specify:

## RETURN

I have executed this judgment as follows:

______________________________________________
______________________________________________
______________________________________________

Defendant delivered on ______________________ to ______________________
at ______________________, with a certified copy of this judgment.

______________________
United States Marshal

______________________
By Deputy United States Marshal